Writ denied. Under the facts found by the Court of Appeal there is no error of law in the judgment.

SUMMERS, J., dissents from the refusal to grant writs.

252 So.2d 452

**RECREATION AND PARK COMMISSION FOR the PARISH OF EAST BATON ROUGE**

v.

**Vincent DRAGO et al.**

**No. 51571.**

Sept. 23, 1971.

In re: Vincent Drago et al. applying, for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 247 So.2d 908.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

SANDERS, J., is of the opinion that a writ should be granted as to assignment of error No. 4.

SUMMERS, J., is of the opinion a writ should be granted.